UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA



**FILED**

JUL 21 2015

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

Selina Miller,                                )
                                              )
        Plaintiff,                            )
                                              )        Case: 1:15-cv-01169
            v.                                )        Assigned To : Unassigned
                                              )        Assign. Date · 7/21/2015
Ohio Attorney General *et al.*,               )        Description: Pro Se Gen. Civil
                                              )
        Defendants.                           )
_____         )

## MEMORANDUM OPINION

This matter is before the Court on plaintiff's *pro se* complaint and application to proceed *in forma pauperis*. The Court will grant the plaintiff's application and dismiss the complaint for lack of subject matter jurisdiction.

The subject matter jurisdiction of the federal district courts is limited and is set forth generally at 28 U.S.C. §§ 1331 and 1332. Under those statutes, federal jurisdiction is available only when a "federal question" is presented or the parties are of diverse citizenship and the amount in controversy exceeds $75,000. A party seeking relief in the district court must at least plead facts that bring the suit within the court's jurisdiction. *See* Fed. R. Civ. P. 8(a). Failure to plead such facts warrants dismissal of the action. *See* Fed. R. Civ. P. 12(h)(3).

Plaintiff is a resident of Columbus, Ohio. She has brought a defamation suit against Ohio's Attorney General and three Ohio-based attorneys, seeking $250 million in money damages. Jurisdiction is lacking because the complaint does not present a federal question, and

1

the parties are not of diverse citizenship. Plaintiff's recourse lies, if at all, in the appropriate state court in Ohio. Hence, this case will be dismissed without prejudice.

_____
United States District Judge

DATE: July _15_, 2015